**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Central _____ District of  California _____
                              (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

| 1. | **Chapter of the Bankruptcy Code** | *Check one:*<br>☒ Chapter 7<br>☐ Chapter 11 |
|---|---|---|

| Part 2: | Identify the Debtor |
|---|---|

| 2. | **Debtor's name** | PRO CRETE RESOURCES, INC. |
|---|---|---|

| 3. | **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | UNKNOWN |
|---|---|---|

| 4. | **Debtor's federal Employer Identification Number (EIN)** | ☒ Unknown<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
|---|---|---|

**5.  Debtor's address**

**Principal place of business**

27068 LA PAZ RD
_____
Number        Street

STE 568
_____

ALISO VIEJO            CA  92656
_____
City            State    ZIP Code

ORANGE
_____
County

**Mailing address, if different**

_____
Number        Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City            State    ZIP Code

| Debtor | PRO CRETE RESOURCES, INC. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Debtor's website (URL)**  Unknown

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**Part 3:** | **Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____
         Name

Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Twin Max Tools Corp. | Trade Debt | $ 222,556.38 |
| | Syntec Diamond Tools, Inc. | Trade Debt | $ 210,658.24 |
| | Solid Solution Products, Inc. | Trade Debt | $ 12,670.25 |
| | | Total of petitioners' claims | $ 445,884.87 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:     Request for Relief**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | **AARON E. DE LEEST** |
| Twin Max Tools Corp. | Printed name |
| Name | DANNING, GILL, ISRAEL & KRASNOFF, LLP |
| 5439 E LA PALMA AVE | Firm name, if any |
| Number    Street | 1901 Avenue of the Stars, Suite 450 |
| ANAHEIM        CA        92807 | Number    Street |
| City            State      ZIP Code | Los Angeles        CA        90067 |
| | City            State      ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| Andy Ma | Contact phone  310-801-0635  Email |
| Name | adeleest@danninggill.com |
| 5439 E LA PALMA AVE | Bar number    261832 |
| Number    Street | |
| ANAHEIM        CA        92807 | |
| City            State      ZIP Code | State        CA |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  4-5-2023 | |
| MM / DD /YYYY | ✗ _____ |
| ✗ _____  President | Signature of attorney |
| Signature of petitioner or representative, including representative's title | Date signed  4/4/2023 |
| | MM / DD /YYYY |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Scanned with CamScanner

Debtor   **PRO CRETE RESOURCES, INC.**
_____
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Syntec Diamond Tools, Inc.
_____
Name

964 BORRA PLACE
_____
Number    Street

ESCONDIDO             CA         92029
_____
City                  State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jason Root
_____
Name

964 BORRA PLACE
_____
Number    Street

ESCONDIDO             CA         92029
_____
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 06 2023
          MM / DD / YYYY

✗ _____   General Manager
Signature of petitioner or representative, including representative's title

**AARON E. DE LEEST**
_____
Printed name

DANNING, GILL, ISRAEL & KRASNOFF, LLP
_____
Firm name, if any

1901 Avenue of the Stars, Suite 450
_____
Number    Street

Los Angeles            CA         90067
_____
City                   State      ZIP Code

Contact phone  310-801-0635  Email
             adeleest@danninggill.com

Bar number   216832

State        CA
_____

✗ _____
Signature of attorney

Date signed  4/4/2023
          MM / DD / YYYY

---

**Name and mailing address of petitioner**

Solid Solution Products, Inc.
_____
Name

22851 CEDARSPRINGS
_____
Number    Street

LAKE FOREST            CA         92630
_____
City                   State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brian Bowers
_____
Name

22851 CEDARSPRINGS
_____
Number    Street

LAKE FOREST            CA         92630
_____
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
          MM / DD / YYYY

✗ _____   President
Signature of petitioner or representative, including representative's title

**AARON E. DE LEEST**
_____
Printed name

DANNING, GILL, ISRAEL & KRASNOFF, LLP
_____
Firm name, if any

1901 Avenue of the Stars, Suite 450
_____
Number    Street

Los Angeles            CA         90067
_____
City                   State      ZIP Code

Contact phone 310-801-0635  Email
             adeleest@danninggill.com

Bar number   216832

State        CA
_____

✗ _____
Signature of attorney

Date signed  _____
          MM / DD / YYYY

---

Debtor  PRO CRETE RESOURCES, INC.
_____
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Syntec Diamond Tools, Inc.
_____
Name

964 BORRA PLACE
_____
Number     Street

ESCONDIDO            CA          92029
_____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jason Root
_____
Name

964 BORRA PLACE
_____
Number     Street

ESCONDIDO            CA          92029
_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

AARON E. DE LEEST
_____
Printed name

DANNING, GILL, ISRAEL & KRASNOFF, LLP
_____
Firm name, if any

1901 Avenue of the Stars, Suite 450
_____
Number     Street

Los Angeles           CA          90067
_____
City                State       ZIP Code

Contact phone  310-801-0635 Email _____
               adeleest@danninggill.com

Bar number    216832

State         CA

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Solid Solution Products, Inc.
_____
Name

22851 CEDARSPRINGS
_____
Number     Street

LAKE FOREST           CA          92630
_____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brian Bowers
_____
Name

22851 CEDARSPRINGS
_____
Number     Street

LAKE FOREST           CA          92630
_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-06-2023
            MM / DD / YYYY

✗ _____ President
Signature of petitioner or representative, including representative's title

AARON E. DE LEEST
_____
Printed name

DANNING, GILL, ISRAEL & KRASNOFF, LLP
_____
Firm name, if any

1901 Avenue of the Stars, Suite 450
_____
Number     Street

Los Angeles           CA          90067
_____
City                State       ZIP Code

Contact phone 310-801-0635 Email _____
              adeleest@danninggill.com

Bar number    216832

State         CA

✗ _____
Signature of attorney

Date signed  4/6/2023
            MM / DD / YYYY